# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MZ AUDIO SCIENCES, LLC.<br><br>PLAINTIFF(S)<br>v.<br><br>SONY GROUP CORPORATION JAPAN, ET AL.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 22-00866 CAS<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 21-01.

February 25, 2022
Date

*Christina A. Snyder*
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge  Andre Birotte, Jr & Patricia Donahue  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   AB(PDx)   after the case number in place of the initials of the prior judge so that the case number will read   2:22-cv-00866 AB(PDx)  . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-89 (03/21)  ORDER RETURNING CASE FOR REASSIGNMENT