JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MZ AUDIO SCIENCES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SONY GROUP CORPORATION (JAPAN), SONY CORPORATION OF AMERICA, SONY INTERACTIVE ENTERTAINMENT LLC, SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC.,<br><br>Defendants. | Case No.: 2:22-cv-00866 AB (PDx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation, this action is **DISMISSED WITH PREJUDICE**; each party shall bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated: January 23, 2023

_____
Hon. André Birotte Jr.
United States District Court